BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6970
Facsimile: (415) 436-6748
Joann.Swanson@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 92-0519 MHP |
| Plaintiff, ) | |
| v. ) | |
| JAMES EDWARD CURNEW, ) | **AMENDED** |
| Defendant. ) | **(PROPOSED)** |
| ) | **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $1,500.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: 10/29/2010

MARILYN HALL PATEL
United States

IT IS SO ORDERED
Judge Marilyn H. Patel